## Commonwealth *v.* Wisor, Appellant.

Submitted March 16, 1970. *James A. Naddeo,* for appellant; *Ervin S. Fennell, Jr.,* Assistant District Attorney, and *John K. Reilly, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Woodard, Appellant.

Submitted March 9, 1970. *John H. Chronister,* Assistant Public Defender, for appellant; *Gary M. Gilbert,* Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.